# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CV 327

| | | |
|---|---|---|
| ELLA C. SWAIN | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM | ) | |
| Defendant. | ) | |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 9) filed by Elizabeth C. King. The Motion indicates that Ms. King, a member in good standing of the Bar of this Court, is local counsel for Defendant and that she seeks the admission of Ryan D. Watstein, who the Motion represents as being a member in good standing of the Bar of Georgia and the Bar of Florida. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 9) and **ADMITS** Ryan D. Watstein to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 24, 2019

W. Carleton Metcalf
United States Magistrate Judge