# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:18 CV 327

| | | |
|---|---|---|
| **ELLA C. SWAIN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CHARTER COMMUNICATIONS, INC.** | ) | |
| **d/b/a SPECTRUM** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 10) filed by Elizabeth C. King.  The Motion indicates that Ms. King, a member in good standing of the Bar of this Court, is local counsel for Defendant and that she seeks the admission of Matthew Keilson, who the Motion represents as being a member in good standing of the Bar of Florida.  It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 10) and **ADMITS** Matthew Keilson to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 24, 2019

W. Carleton Metcalf
United States Magistrate Judge