# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CV 327

| | |
|---|---|
| ELLA C. SWAIN, )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>CHARTER COMMUNICATIONS, INC., )<br>*doing business as* )<br>Spectrum, )<br>)<br>    **Defendant.** )<br>_____ ) | **ORDER** |

This matter is before the Court on the parties' Joint Motion to Modify Scheduling Order (Doc. 18). A Pretrial and Case Management Plan (Doc. 14) was filed on February 6, 2019 and set expert report deadlines of April 10, 2019 for Plaintiff and May 10, 2019 for Defendant. The Motion (Doc. 18) requests an extension of those deadlines to June 14, 2019 for Plaintiff's expert reports and to July 15, 2019 for Defendant's expert reports.

After reviewing the record and considering the Motion, the undersigned concludes that the parties' request should be allowed.

**IT IS THEREFORE ORDERED THAT**:

1. The parties' Joint Motion to Modify Scheduling Order (Doc. 18) is **GRANTED**, and the expert report deadlines are **EXTENDED** up to and including **June 14, 2019** for Plaintiff's reports and **July 15, 2019** for Defendant's reports.

2. All remaining deadlines set by the Pretrial Order and Case Management Plan

(Doc. 14) remain in effect.

Signed: April 15, 2019

W. Carleton Metcalf
United States Magistrate Judge