IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:18-cv-327

ELLA C. SWAIN,

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.
d/b/a SPECTRUM,

    Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED BY the parties and/or their respective counsel that all claims asserted against Charter Communications, Inc. in the above-captioned case are voluntarily dismissed with prejudice pursuant to Rule 41(a)(A)ii) of the Federal Rules of Civil Procedure, with each party to bear their attorneys' fees and costs.

This the 7th day of August, 2019.

| MAGINNIS LAW, PLLC | Kabat Chapman & Ozmer LLP |
|---|---|
| By: /s/ *Karl S. Gwaltney*<br>Karl S. Gwaltney<br>N.C. Bar No. 45118<br>4801 Glenwood Avenue, Suite 310<br>Raleigh, NC 27612<br>Telephone: (919) 526-0450<br>Fax: (919) 882-8763<br>E-mail: kgwaltney@maginnislaw.com<br><br>*Attorney for Plaintiff* | By: /s/ *Ryan D. Watstein*<br>Ryan D. Watstein (admitted *pro hac vice*)<br>GA Bar No. 266019<br>rwatstein@kcozlaw.com<br>Matthew A. Keilson (admitted *pro hac vice*)<br>FL Bar No. 1002294<br>mkeilson@kcozlaw.com<br>171 17th Street NW, Suite 1550<br>Atlanta, Georgia 30363<br>Telephone: 404-400-7300<br>Facsimile: 404-400-7333<br><br>**CRANFILL SUMNER & HARTZOG**<br><br>By: /s/ *Elizabeth C. King*<br>Elizabeth C. King<br>N.C. State Bar No. 30376<br>319 N. 3rd Street, Suite 300<br>Wilmington, NC 28401<br>Telephone: (910) 777-6000<br>Facsimile: (910) 777-6111<br>E-mail: eking@cshlaw.com<br><br>*Attorneys for Defendant Charter Communications, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:18-cv-327

ELLA C. SWAIN,

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.
d/b/a SPECTRUM,

    Defendant.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day, a true and accurate copy of the foregoing document was filed electronically via the Court's CM/ECF case management system, and served via the Court's CM/ECF case management system upon all parties via their respective counsel of record in this matter:

This the 7th day of August, 2019.

                **MAGINNIS LAW, PLLC**
                *Counsel for Plaintiff*

            BY: /s/ *Karl S. Gwaltney*